Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
Lirit A. King (SBN 252521)
**BRADLEY/GROMBACHER, LLP**
31365 Oak Crest Drive Suite 240
Westlake Village, California 91361
Telephone:  (805) 270-7100
Facsimile:  (805) 270-7589
E-Mail: mbradley@bradleygrombacher.com
        kgrombacher@bradleygrombacher.com

Attorneys for Plaintiff

RONALD J. HOLLAND (SBN 148687)
rjholland@mwe.com
PANKIT J. DOSHI (SBN 231369)
pdoshi@mwe.com
PHILIP SHECTER (SBN 300661)
pshecter@mwe.com
**MCDERMOTT WILL & EMERY LLP**
415 Mission St Suite 5600
San Francisco, CA  94105-2533
Telephone:  +1 628 218 3800
Facsimile:  +1 628 877 0107

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA RIVERA individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>USF REDDAWAY INC., an Oregon Corporation; and DOES 1 through 10, inclusive,<br><br>Defendant. | CASE NO. 2:19-cv-10218-JAK-FFM<br><br>**NOTICE OF SETTLEMENT** |

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE**, pursuant to Local Rule 16-15.7 and the Court's Amended Scheduling Order Setting Pretrial Deadlines, that the parties have reached a settlement resolving the case on an individual basis. The parties anticipate filing a Stipulation for Dismissal requesting the Court enter an order dismissing Plaintiff's individual claims with prejudice, and the class and PAGA claims without prejudice, within 30 days of the filing of this Notice of Settlement.

Dated: February 5, 2021         BRADLEY/GROMBACHER, LLP

By: */s/ Kiley L. Grombacher*
MARCUS J. BRADLEY
KILEY L. GROMBACHER
LIRIT A. KING

Attorneys for Plaintiff
MONICA RIVERA

Dated: February 5, 2021         McDERMOTT WILL & EMERY LLP

By: */s/ Pankit J. Doshi*
RONALD J. HOLLAND
PANKIT J. DOSHI
PHILIP SHECTER

Attorneys for Defendant
USF REDDAWAY INC.

# **E-SIGNATURE ATTESTATION**

I, Kiley L. Grombacher, attest that I have obtained concurrence in the filing of this stipulation from Pankit J. Doshi and approval to affix his electronic signature to this filing in compliance with Local Rule 5-4.3.4(a)(2)(i).

DATED: February 5, 2021

By: */s/ Kiley L. Grombacher*
       Kiley L. Grombacher