Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
Lirit A. King (SBN 252521)
**BRADLEY/GROMBACHER, LLP**
2815 Townsgate Road, Suite 130
Westlake Village, California 91361
Telephone:   (805) 270-7100
Facsimile:   (805) 270-7589
E-Mail:  mbradley@bradleygrombacher.com
         kgrombacher@bradleygrombacher.com

Attorneys for Plaintiff

RONALD J. HOLLAND (SBN 148687)
rjholland@mwe.com
PANKIT J. DOSHI (SBN 231369)
pdoshi@mwe.com
PHILIP SHECTER (SBN 300661)
pshecter@mwe.com
**MCDERMOTT WILL & EMERY LLP**
415 Mission St Suite 5600
San Francisco, CA  94105-2533
Telephone:   +1 628 218 3800
Facsimile:   +1 628 877 0107

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA RIVERA individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>USF REDDAWAY INC., an Oregon Corporation; and DOES 1 through 10, inclusive,<br><br>    Defendant. | CASE NO. 2:19-cv-10218-JAK-FFM<br><br>**STIPULATION FOR DISMISSAL OF PLAINTIFF'S INDIVIDUAL CLAIMS <u>WITH PREJUDICE</u> AND CLASS CLAIMS <u>WITHOUT PREJUDICE</u>** |

Plaintiff Monica Rivera and Defendant USF Reddaway Inc., through their respective counsel, hereby stipulate as follows:

WHEREAS, on October 29, 2019, Plaintiff filed a putative class action lawsuit against Defendant in the Superior Court of the State of California for the County of Los Angeles, entitled *Monica Rivera v. USF Reddaway Inc.*, Case No. 19STCV38679, alleging (1) failure to pay all wages; (2) missed rest breaks in violation of Labor Code §§ 203, 226.7, 512, and Wage Order 9; (3) failure to pay all wages owed at termination in violation of § 203; (4) failure to furnish accurate itemized wage statements in violation of § 226; (5) failure to keep adequate records in violation Labor Code §§ 226 and 1174; and (6) violation of Business & Professions Code § 17200 *et seq.*;

WHEREAS, on November 27, 2019, Defendant filed an Answer to the Complaint;

WHEREAS, on December 2, 2019, Defendant removed the case to this Court;

WHEREAS, on April 20, 2020, Plaintiff filed a First Amended Complaint adding a claim for penalties under the California Private Attorneys' General Act of 2004 for alleged violations of California Labor Code sections 203, 226.7, 227.3, 510 and 512;

WHEREAS, on May 18, 2020, Defendant filed an Answer to the First Amended Complaint;

WHEREAS, in or around July to September 2020, the Parties engaged in extensive informal settlement discussions and negotiations and agreed to settle this action on an individual basis;

WHEREAS, on February 5, 2021, the Parties filed a Notice of Settlement (Dkt. 37);

WHEREAS, on February 8, 2021, the Court dismissed the case without prejudice, but did not preclude the filing of a stipulation of dismissal with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure (Dkt. 38);

WHEREAS, on March 3, 2021, the Parties executed a settlement in this action agreeing to dismiss Plaintiff's individual claims against Defendant <u>with prejudice</u>, and agreeing to dismiss the putative class and PAGA claims <u>without prejudice</u>;

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the parties that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure:

1. As to Plaintiff's individual claims against Defendant, this action shall be dismissed **with prejudice**;

2. As to the putative class and PAGA claims, this action shall be dismissed **without prejudice**; and

3. All parties shall bear their own attorneys' fees and costs.

Dated: March 19, 2021                     BRADLEY/GROMBACHER, LLP

By: /s/ *Kiley L. Grombacher*
　　MARCUS J. BRADLEY
　　KILEY L. GROMBACHER
　　LIRIT A. KING

Attorneys for Plaintiff
MONICA RIVERA

Dated: March 19, 2021                     McDERMOTT WILL & EMERY LLP

By: /s/ *Pankit J. Doshi*
　　RONALD J. HOLLAND
　　PANKIT J. DOSHI
　　PHILIP SHECTER

Attorneys for Defendant
USF REDDAWAY INC.

**L.R. 5-4.3.4 ATTESTATION**

I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 19, 2021                    By: /s/ *Kiley L. Grombacher*
                                                  Kiley L. Grombacher