UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA RIVERA individually, and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>USF REDDAWAY INC., an Oregon Corporation; and DOES 1 through 10, inclusive,<br><br>            Defendant. | No. 2:19-cv-10218-JAK (FFMx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND CLASS CLAIMS WITHOUT PREJUDICE (DKT. 39)** |

Based on a review of the "Stipulation for Dismissal of Plaintiff's Individual Claims <u>With Prejudice</u> and Class Claims <u>Without Prejudice</u>" (the "Stipulation" (Dkt. 39)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED** as follows:

1. As to the individual claims of Plaintiff, this action is hereby dismissed with prejudice;

2. As to the putative class and California Private Attorneys' General Act of 2004 claims, this action is hereby dismissed without prejudice; and

3. Each party shall bear her or its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: April 28, 2021

_____
John A. Kronstadt
United States District Judge